ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 29 P 1:18
CLERK J. Butler
SO. DIST. OF GA.

| | |
|---|---|
| PROGRESSIVE CLASSIC INSURANCE CO., | * |
| Plaintiff, | * |
| v. | * CV 313-087 |
| TERRY LEE HALL, individually and as the Administrator of the Estate of Kerri Ann Hall, | * |
| Defendant. | * |

**O R D E R**

On January 26, 2015, Plaintiff filed a dismissal without prejudice of its petition for declaratory judgment. (Doc. no. 5.) Plaintiff informs the Court that the parties have reached and executed a settlement agreement and release. (Doc. no. 4.) Accordingly, Plaintiff's complaint in the captioned case is **DISMISSED**. Each of the parties shall bear their own costs. The Clerk is directed to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2015.

UNITED STATES DISTRICT JUDGE